# UNITED STATES DISTRICT COURT
## District of Minnesota

Dan Colbath,

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 20-cv-2252 WMW/ECW

Reliance Standard Life Insurance Company,

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

Date: 12/8/2021

KATE M. FOGARTY, CLERK